UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD C. BROWN,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-03118 |
| VERSUS | |
| COUNSELOR WALSON, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' unopposed motion for summary judgment (Doc. 24) is GRANTED and Brown's action is DENIED AND DISMISSED WITH PREJUDICE in its entirety.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _2nd_ day of _January_ 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE